UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MJ-8322-RMM

UNITED STATES OF AMERICA

vs.

MIGUEL ANGEL MUNOZ-OSORIO,

Defendant.
_____/

FILED BY ___SP___ D.C.

Jun 23, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?   No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _____
Robin W. Waugh
Assistant United States Attorney
FL Bar No. 0537837
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561)820-8711
Email: robin.waugh@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 23-MJ-8322-RMM |
| MIGUEL ANGEL MUNOZ-OSORIO, | ) |
| Defendant | ) |

FILED BY____SP____D.C.
Jun 23, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of     June 16, 2023,     in the county of     Palm Beach     in the Southern District of Florida, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a), (b)(1) | Illegal Re-entry After Removal or Deportation |

This criminal complaint is based on these facts:
See Attached Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, TFO, DHS-HSI
Printed name and title

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: 6/23/23

_____
Judge's signature

City and state:     West Palm Beach, Florida         Ryon M. McCabe, U.S. Magistrate Judge
Printed name and title

23-MJ-8322-RMM

# AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement and have been so employed for over nineteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Miguel Angel MUNOZ-OSORIO committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about June 16, 2023, Miguel Angel MUNOZ-OSORIO was arrested in Palm Beach County, Florida for an outstanding warrant for failure to appear for arraignment on charges of driving under the influence (enhanced) and driving without a driver's license. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Miguel Angel MUNOZ-OSORIO is a native and citizen of Honduras. Records further show that on or about June 2, 2004, Miguel Angel MUNOZ-OSORIO was ordered removed. The Order of Removal

23-MJ-8322-RMM

was executed on or about March 10, 2007, whereby Miguel Angel MUNOZ-OSORIO was removed from the United States and returned to Honduras.

5. Thereafter, Miguel Angel MUNOZ-OSORIO re-entered the United States illegally, and was removed and returned to Honduras on four additional separate occasions, on or about following dates: May 21, 2007, February 22, 2008, October 28, 2016, and July 24, 2020.

6. Thereafter, Miguel Angel MUNOZ-OSORIO reentered the United States illegally and on or about October 24, 2020, was expelled from the United States and returned to Mexico under provision of Title 42, United States Code, Section 265.

7. Records further show that in the United States District Court for the Southern District of Texas, Miguel Angel MUNOZ-OSORIO was on or about April 30, 2007, convicted of the offenses of knowingly and unlawfully entering the United States at a place other than as designated by immigration officers, in case number 07-po-02214, and on or about November 29, 2007, of the offense of entering the United States illegally, in case number 07-po-04801.

8. Further review of the records shows that in the United States District Court, Southern District of Florida, Miguel Angel MUNOZ-OSORIO was convicted of the felony offense of illegal re-entry after removal and or deportation, in two separate cases, on or about following dates: October 4, 2016, and January 17, 2020, case numbers 16-80117-CR-ROSENBERG, and 19-CR-80159-RUIZ-1, respectively.

9. U.S. Department of Homeland Security, HSI Forensic Laboratory Senior Fingerprint Specialist Dawn Strohmeyer conducted a fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about June

23-MJ-8322-RMM

16, 2023, that is, Miguel Angel MUNOZ-OSORIO was the same person previously removed from the United States.

10. A record check was performed in the Computer Linked Application Informational Management System to determine if Miguel Angel MUNOZ-OSORIO filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Miguel Angel MUNOZ-OSORIO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

11. Based on the foregoing, I submit that probable cause exists to believe that, on or about June 16, 2023, Miguel Angel MUNOZ-OSORIO, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __23__ day of June 2023.

_____
RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MIGUEL ANGEL MUNOZ-OSORIO

Case No: 23-MJ-8322-RMM

Count #: 1

Illegal Reentry After Removal or Deportation

Title 8, United States Code, Section 1326(a), (b)(1)

* **Max. Term of Imprisonment:** 10 years' imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 3 years' supervised release
* **Max. Fine:** $250,000 fine

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.